IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01999-WYD-MEH

MATTHEW DEICHSEL,

    Plaintiff,

v.

L'OREAL GROUP, d/b/a L'Oreal and L'OREAL, USA, S/D, INC.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the Joint Stipulation and Motion to Dismiss With Prejudice (docket #30), filed April 15, 2009.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulated motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Joint Stipulation and Motion to Dismiss With Prejudice (docket #30), filed April 15, 2009, is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated:  April 16, 2009

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge